**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01293-CV

## JAMES A. WALTERS, Appellant

## V.

## 21ST CENTURY INSURANCE COMPANY, ET AL., Appellees

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-10-08240-A

## ORDER

The Court has before it appellant's February 5, 2013 motion to amend brief. The Court

**GRANTS** the motion and **ORDERS** the amended brief tendered by appellant on February 5,

2013 timely filed as of today's date.

/s/    ELIZABETH LANG-MIERS
        JUSTICE